FILED

08/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0227

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0227

_____

DOYLE LEE,

      Plaintiff and Appellant,

   v.

LITHIA CDH, INC. d/b/a LITHIA
CHRYSLER DODGE
JEEP RAM FIAT OF HELENA,

      Defendant and Appellee.

_____

O R D E R

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on August 24, 20121, this Court has determined that the brief does not comply with the below-referenced Rule[*s*] and must be resubmitted.

M. R. App. P. 12(1)(a) requires that a brief contain a table of contents with page references and a table of cases, statutes, and other authorities cited, with references to the pages of the brief where they are cited, alphabetically arranged. Appellant's brief contains a table of authorities; however, its contents do not meet the requirements of M. R. App. P. 12(1)(a) due to incomplete citations to authorities with references to pages of the brief where they are cited.

M. R. App. P. 12(1)(d) requires a statement of the facts relevant to the issues presented, with references to the pages or the parts of the record at which material facts appear. Appellant's statement of the facts cites insufficiently to the record.

M.R. App. P. 12(1)(g) requires that the brief contain citations to the authorities, statutes, and pages of the record relied on in the argument. Appellant's opening brief lacks sufficient citations to quoted references throughout the

argument section.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
August 26 2021